| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) LAMOUTTE, ENRIQUE S. | 2. Court or Organization U.S. BANKRUPTCY COURT, D.P.R. | 3. Date of Report 12/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial   ☑ Annual   ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address U.S. POST OFFICE & COURTHOUSE 300 RECINTO SUR, SUITE 251 SAN JUAN, PUERTO RICO 00901 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAMOUTTE, ENRIQUE S. | 12/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | National Conference of Banmkruptcy Judges | October 25 - 29, 2016 | San Francisco, CA | Member participant | Two night hotel expense. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAMOUTTE, ENRIQUE S. | 12/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAMOUTTE, ENRIQUE S. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ENCARLAN I TRUST: UBS: | | | | | | | | | |
| 2. ---PR Short Term Inv Fund | | None | K | T | | | | | |
| 3. ---PR GNMA PL00374397X UT093 | | None | K | T | | | | | |
| 4. ---Puerto Rico Fixed Income FD II Inc | | None | L | T | | | | | |
| 5. ENCARLAN II TRUST: Commercial real estate, Caguas | | None | M | Q | | | | | |
| 6. ENCARLAN III TRUST: UBS | | | | | | | | | |
| 7. ---PR Short Term Inv Fund | | None | J | T | | | | | |
| 8. ---PR HWY&TRANS AU SPL FAC RV BE/R/5.850 070125 DTD 103003 | | None | M | T | | | | | |
| 9. ---PR AAA PRTFL TARGET MAT FUND INC | | None | M | T | | | | | |
| 10. ---PUERTO RICO FIXED INCOME FD II INC. | | None | L | T | | | | | |
| 11. ---PUERTO RICO FIXED INCOME FUND INC | | None | L | T | | | | | |
| 12. CARIBE FEDERAL CREDIT UNION | A | Dividend | L | T | | | | | |
| 13. First Bank Puerto Rico | A | Interest | M | T | | | | | |
| 14. Banco Popular Puerto Rico | A | Interest | L | T | | | | | |
| 15. Banco Santander PR (X) | B | Interest | N | T | | | | | |
| 16. Scotiabank (X) | C | Interest | N | T | | | | | |
| 17. Merrill Lynch Stock Portfolio (X) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAMOUTTE, ENRIQUE S. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --- ADP | A | Dividend | J | T | | | | | |
| 19. ---CHRW | A | Dividend | | | Sold | 02/01/16 | J | | |
| 20. ---JNJ | A | Dividend | J | T | | | | | |
| 21. ---LLTC | A | Dividend | | | Sold | 03/02/16 | J | | |
| 22. --MSFT | A | Dividend | J | T | | | | | |
| 23. ---NOC | A | Dividend | | | Sold | 02/01/16 | J | | |
| 24. ---PAYX | A | Dividend | | | Sold | 03/01/16 | J | | |
| 25. ---PG | A | Dividend | J | T | Buy | 03/02/16 | J | | |
| 26. ---DOV | A | Dividend | | | Sold | 02/04/16 | J | | |
| 27. ---QCOM | A | Dividend | J | T | | | | | |
| 28. ---MMM | A | Dividend | J | T | | | | | |
| 29. ---RTN | A | Dividend | | | Sold | 10/04/16 | J | | |
| 30. ---UTX | A | Dividend | | | Sold | 02/03/16 | J | | |
| 31. ---WMT | A | Dividend | J | T | | | | | |
| 32. ---CDK | A | Dividend | | | Sold | 02/01/16 | J | | |
| 33. ---CC | A | Dividend | | | Sold | 02/01/16 | J | | |
| 34. ---CIM | A | Dividend | | | Sold | 12/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---PH | A | Dividend | | | Sold | 10/07/16 | J | | |
| 36. ---UNP | A | Dividend | J | T | | | | | |
| 37. ---CVS | A | Dividend | J | T | Buy | 12/02/16 | J | | |
| 38. ---HON | A | Dividend | J | T | Buy | 11/02/16 | J | | |
| 39. ---TIF | A | Dividend | J | T | Buy | 02/08/16 | J | | |
| 40. Merrill Lynch Fixed Income (X) | | | | | | | | | |
| 41. GNMA P553895 | B | Interest | K | T | | | | | |
| 42. GNMA P553923 | B | Interest | K | T | | | | | |
| 43. GNMA P608663 | B | Interest | K | T | | | | | |
| 44. GNMA P608663 | B | Interest | K | T | | | | | |
| 45. GNMA P417903 | B | Interest | K | T | | | | | |
| 46. --- PR COMM INDL DEV GEN | A | Int./Div. | J | T | | | | | |
| 47. Triple S Management Stock (X) | A | Int./Div. | K | T | | | | | |
| 48. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| LAMOUTTE, ENRIQUE S. | 12/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts, line 1, ENCARLAN I Trust: I am a 1/3 beneficiary of the assets of the trust. Pursuant to the terms of the trust the grantor is the beneficiary of the income of the trust. The assets are in a UBS Resource Management Account.

Part VII, Investments and Trusts, line 2, ENCARLAN II Trust: I am a 1/3 beneficiary of the assets of the trust. Pursuant to the terms of the trust the grantor is the beneficiary of the income of the trust. The asset is a real estate commercial property located in Avenida Degetau, Caguas, Puerto Rico, leased to Golden Arch Corp. ENCARLAN II Trust has a 50% interest in the property. DATE OF APPRAISAL OF ENCARLAN II TRUST: DECEMBER 15, 1989

Part VII, Investments and Trusts, line 3, ENCARLAN III Trust: I am a 1/3 beneficiary of the assets of the trust. Pursuant to the terms of the trust the grantor is the beneficiary of the income of the trust. The assets are in a UBS Resource Management Account

| Name of Person Reporting | Date of Report |
|---|---|
| LAMOUTTE, ENRIQUE S. | 12/11/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ ENRIQUE S. LAMOUTTE

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544